David A. Clinton, Esq. (Bar No. 150107)
Dana Ulise, Esq. (Bar No. 227745)
**CLINTON & CLINTON**
100 Oceangate, 14th Floor
Long Beach, California 90802
Ph.: (562) 216-5000
Fax: (562) 216-5001

December 13, 2013

*IT IS SO ORDERED*
*Judge Yvonne Gonzalez Rogers*

Attorneys for Defendants,
**T-FAL CORP. dba T-FAL USA and TARGET CORPORATION, improperly named as TARGET, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FARRIS ADAM,** | CASE NO. CV-13-2974-YGR |
| Plaintiff, | **STIPULATION OF THE PARTIES RE: DISMISSAL OF TARGET CORPORATION, IMPROPERLY NAMED AS TARGET, INC.** |
| v. | |
| **T-FAL CORP. dba T-FAL USA, TARGET, INC.; and DOES 1-20, inclusive,** | Date Filed: March 27, 2013<br>Trial Date: None |
| Defendants. | |

   **WHEREAS,** on or about March 27, 2013, plaintiff, Farris Adam ("Plaintiff") filed the instant action in the San Mateo Superior Court;

   **WHEREAS,** on June 27, 2013, defendants T-Fal Corp. dba T-Fal USA ("T-Fal") and Target Corporation, improperly named as Target, Inc. ("Target") filed a

Notice of Removal of the Action Under 28 U.S.C §1441(b) – Diversity;

   **WHEREAS,** on July 3, 2013, T-Fal and Target filed an Answer to the Complaint of Plaintiff;

   **WHEREAS,** the Plaintiff now wishes to dismiss Target without prejudice;

   **WHEREAS,** on October 18, 2013, Plaintiff filed a Notice of Voluntary Dismissal of Target;

   **WHEREAS,** the parties now file this stipulation of dismissal, signed by all parties;

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:**

   Pursuant to Federal Rules of Civil Procedure, Rule 49(a)(1)(A)(ii) Plaintiff's action as to Target shall be dismissed without prejudice.

DATED: October 21, 2013          BULLIUNG & ASSOCIATES

                                 By: /s/ Gregory J. Bulliung
                                 Gregory J. Bulliung, Esq.
                                 Attorneys for Plaintiff,
                                 **Farris Adam**

DATED: October 21, 2013          CLINTON & CLINTON

                                 By: /s/ Dana M. Ulise
                                 DAVID A. CLINTON, ESQ.
                                 DANA M. ULISE, ESQ.
                                 Attorneys for Defendants,
                                 **T-FAL CORP. dba T-FAL USA and TARGET CORPORATION, improperly named as TARGET, INC.**

## CERTIFICATE OF SERVICE

I, Ashleigh A. Ibram, certify that on October 21, 2013 I sent a copy of the attached **STIPULATION OF THE PARTIES RE: DISMISSAL OF TARGET CORPORATION, IMPROPERLY NAMED AS TARGET, INC.** to all parties on the Panel Attorney Service List via e-mail to the addresses listed below.

ASHLEIGH IBRAM

## SERVICE LIST

Gregory J. Bulliung, Esq.
**BULLIUNG & ASSOCIATES**
5012 Mission Street
San Francisco, California   94112
Telephone:  (415) 841-9000
Fax No.:  (415) 585-3300

*Attorney for Plaintiff FARRIS ADAM*