United States District Court
Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FARRIS ADAM, | Case No. 5:13-cv-02974 HRL |
|---|---|
| Plaintiff, | **ORDER TO SHOW CAUSE WHY PLAINTIFF'S COUNSEL SHOULD NOT BE SANCTIONED** |
| v. | |
| T-FAL CORP. dba T-FAL USA; and DOES 1-20, inclusive, | |
| Defendants. | |

On January 28, 2014, the court held a Case Management Conference. Defendant appeared. Plaintiff did not. Accordingly, plaintiff's counsel, Gregory John Bulliung, shall appear in person before this court on February 4, 2014, 10:00 a.m., Courtroom 2, United States District Court, 280 South First Street, San Jose, California, and show cause why he should not be sanctioned for failure to appear. See Civ. L.R. 16-10(a).

**SO ORDERED**.

Dated: January 28, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:13-cv-02974-HRL Notice has been electronically mailed to:

Dana Michele Gilreat Ulise    dulise@clinton-clinton.com, astover@clinton-clinton.com

David A Clinton    dclinton@clinton-clinton.com

Gregory John Bulliung    bulliung@sbcglobal.net, g.bulliung@hotmail.com